UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ALFREDO GONZALEZ GONZALEZ, ) No. SACV 10-1160 FFM
        Plaintiff, ) JUDGMENT OF REMAND
  v. )
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
        Defendant. )

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated May 5, 2011.

DATED: May 5, 2011

      /S/ FREDERICK F. MUMM
      FREDERICK F. MUMM
      United States Magistrate Judge