UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DISTRICT

| | |
|---|---|
| ALFREDO GONZALEZ GONZALEZ, | ) CASE NO.: **SACV10-01160-FFM** |
| Plaintiff, | ) [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS and no/cents ($2,500.00), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: July 26, 2011

/S/ FREDERICK F. MUMM
UNITED STATES MAGISTRATE JUDGE

1